# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC | Case No. 1:10-cv-00062-AWI-SKO |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| v. | (Docs. 23, 30) |
| ADNAN MOHAMMED SADDELDIN, et al., | |
| Defendants. | |

On February 18, 2014, the Magistrate Judge issued Findings and Recommendations that Defendant Allen Martin Ormonde's Motion to Vacate the Judgment be GRANTED. These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within twenty-one (21) days after service of the order. Plaintiff filed objections on March 11, 2014, and Defendant Ormonde filed a response to Plaintiff's objections on March 20, 2014.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on February 18, 2014, are ADOPTED IN FULL; and

2. The judgment issued as to Defendant Allen Martin Ormonde is VACATED.

IT IS SO ORDERED.

Dated:   May 9, 2014                          _____
                                              SENIOR  DISTRICT  JUDGE

2