Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ADAN MOHAMMED SADDELDIN, ET AL.,<br><br>Defendants. | Case No. 1:10-cv-00062-AWI-SKO<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ALLEN MARTIN ORMONDE, individually and d/b/a SAMA BRAZILIAN STEAK HOUSE A/K/A SAMBA BRAZILLIAN BBQ,** |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC, and Defendant ALLEN MARTIN ORMONDE, individually and d/b/a SAMA BRAZILIAN STEAK HOUSE A/K/A SAMBA BRAZILLIAN BBQ, that the above-defendant *only*, is hereby dismissed **with prejudice**.

///

///

///

///

///

///

///

**STIPULATION OF DISMISSAL**
Case No. 1:10-cv-00062-AWI-SKO
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: _____

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
G & G CLOSED CIRCUIT EVENTS, LLC

Dated: _____

**HORSWILL, MEDEROS & SOARES**
By: Brandon M. Ormonde
Attorneys for Defendant
ALLEN MARTIN ORMONDE, individually and d/b/a SAMA BRAZILIAN STEAK HOUSE A/K/A SAMBA BRAZILLIAN BBQ

IT IS SO ORDERED.

Dated: July 15, 2014            _____
                                SENIOR DISTRICT JUDGE