Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

FILED
JUL 18 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ADAN MOHAMMED SADDELDIN, ET AL.,<br><br>Defendants. | Case No. 1:10-cv-00062-AWI-SKO<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ALLEN MARTIN ORMONDE, individually and d/b/a SAMA BRAZILIAN STEAK HOUSE A/K/A SAMBA BRAZILLIAN BBQ, |

IT IS HEREBY STIPULATED by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC, and Defendant ALLEN MARTIN ORMONDE, individually and d/b/a SAMA BRAZILIAN STEAK HOUSE A/K/A SAMBA BRAZILLIAN BBQ, that the above-defendant *only*, is hereby dismissed with prejudice.

///
///
///
///
///
///
///

STIPULATION OF DISMISSAL
Case No. 1:10-cv-00062-AWI-SKO
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: 7/14/14

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
G & G CLOSED CIRCUIT EVENTS, LLC

Dated: 6-26-14

HORSWILL, MEDEROS & SOARES
By: Brandon M. Ormonde
Attorneys for Defendant
ALLEN MARTIN ORMONDE, individually and d/b/a SAMA BRAZILIAN STEAK HOUSE A/K/A SAMBA BRAZILLIAN BBQ

IT IS SO ORDERED:

Dated: 7-17-14

The Honorable Anthony W. Ishii
United States District Court
Eastern District of California

STIPULATION OF DISMISSAL
Case No. 1:10-cv-00062-AWI-SKO
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 17, 2014, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ALLEN MARTIN ORMONDE, individually and d/b/a SAMA BRAZILIAN STEAK HOUSE A/K/A SAMBA BRAZILLIAN BBQ,**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Brandon M. Ormonde, Esq.          (Attorneys for Defendant)
HORSWILL, MEDEROS & SOARES
791 North Cherry
Tulare, CA 93274

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 17, 2014, at South Pasadena, California.

Dated: June 17, 2014

VANESSA VENTURA